**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM C. BULLOCK, SR.,** | : | |
| **Plaintiff** | : | **No. 1:12-cv-02266** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **INTERNAL REVENUE SERVICE, <u>et</u> <u>al.</u>,** | : | **(Chief Magistrate Judge Carlson)** |
| **Defendants** | : | |

## <u>ORDER</u>

**ACCORDINGLY**, on this 16th day of April 2014, **IT IS HEREBY ORDERED THAT:**

1.   Magistrate Judge Carlson's Report and Recommendation (Doc. No. 22) is **ADOPTED**;

2.   Plaintiff's motion for default judgment (Doc. No. 14) is **DENIED**;

3.   Defendants' motion to dismiss Plaintiff's complaint (Doc. No. 19) is **GRANTED**; and

4.   Plaintiff's objections (Doc. No. 24) are **OVERRULED.**  The Clerk of Court is directed to close the case.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania